UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.:

MICHAEL G. AHEARN, an individual,

    Plaintiff,

    v.

ALAN MASSLER, an individual

    Defendant.

_____/

## INITIAL COMPLAINT FOR COPYRIGHT INFRIGEMENT AND OTHER RELIEF

MICHAEL G. AHEARN ("AHEARN") by and through his undersigned attorneys files this Complaint against ALAN MASSLER and as grounds therefore states:

### THE PARTIES, JURISDICTION AND VENUE

1. This is action brought, and subject matter jurisdiction lies within this Court, pursuant to 28 U.S.C. Sections 1331 and 1338. This Court has federal question jurisdiction in this matter in that the AHEARN seeks damages and injunctive relief against MASSLER, named herein, under Sections 501 through 505 of the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. This Court has pendant jurisdiction over any claims asserted herein which arise under state law.

2. Venue lies within this Court pursuant to 28 U.S.C. Sections 1391 (b)(1)(3), 1391(c), 1391 (d), and 1400(a) in that a substantial part of the events or the omission giving rise to AHEARN's claims occurred in the Southern District of Florida.

1

3. AHEARN at all relevant times is an individual who resides in the State of Florida, Broward County as other wise *sui juris*.

4. MASSLER at all relevant times is an individual who resides in the State of Florida, Broward County as other wise *sui juris*.

5. MASSLER has submitted to the jurisdiction of this Honorable Court by making complaint with Facebook pursuant to counter-notification process described in section 512 (g)(2) of the Digital Millennium Copyright Act ("DMCA"), At all time pertinent, MASSLER has had have substantial contact with the State of Florida, and otherwise have sufficient contacts with the State of Florida to confer jurisdiction in the State of Florida. Attached hereto and incorporated herein the AHEARN' Exhibit "A" is the Facebook E-mail.

6. All conditions precedent to the institution to this action has been satisfied or has been otherwise waived.

## FACTUAL ANALYSIS

7. At all pertinent times, AHEARN is private citizen residing in the State of Florida.

8. At all times pertinent, the photographs in question were personal photos taken by AHEARN, or at the request of AHEARN, and for personal use only. As such, AHEARN has a common law copyright on all the photographs taken by MASSLER.

9. Upon information and belief, MASSLER gained access to the Facebook page of AHEARN and unlawfully, and without permission, obtained personal photographs belonging to AHEARN and in violation of AHEARN's common law copyright.

10. MASSLER, thereafter used the photos on his own personal website, his Facebook Page entitled "FUKTHISCOURT", and on other websites, with over 1000 "friends", in an effort to defame,

and slander AHEARN.

11. In addition to violating AHEARN's copyright in using said photographs, said photos are the intellectual property of AHEARN. Under the Terms of Service for Facebook, users are banned from using personal photos of other members without obtaining the permission of said members and fully disclosing how said photos would be used. MASSLER was never given permission by AHEARN to use the photos and never disclosed how said photos would be used.

12. MASSLER's infringing acts were willful, deliberate, and committed prior to notice and knowledge of AHEARN's copyright and/or his ownership. At a minimum, MASSLER acted in a reckless disregard of AHEARN's copyright.

## COUNT I – COPYRIGHT INFRINGEMENT AND INJUNCTIVE RELIEF

AHEARN hereby realleges and reavers paragraphs 1 through 12 above is fully set forth herein, and does state:

13. AHEARN is the owner and the copyright of the photographs attached here as Composite Exhibit "B" and is entitled and authorized to protect his photographs against copyright infringement, including the enforcement of copyright actions.

14. Upon information and belief, since at least June 2010, MASLER infringed, and is continuing to infringe, upon AHEARN's copyright in using the photos without permission on his Facebook page and websites, including, but not limited to by copying, reproducing, preparing, causing, contributing to, and participating in the unauthorized copying, reproduction, and use of the photographs, including in the Southern District of Florida.

15. AHEARN did not authorize MASSLER to copy or reproduce said photographs at all. MASLER did not seek or obtain any permission, consent, or license from AHARN for copying of the

photographs or in any uses thereof that were made or authorized by MASSLER's, or at all.

16. MASSLER's infringing acts alleged herein were willful, deliberate, and committed with prior notice and knowledge of AHEARN's copyright. At minimum MASSLER acted in reckless disregard of AHEARN's copyright and/or ownership of the photographs attached to this Complaint.

17. As a result of his action, MASSLER is liable to AHEARN for willful copyright infringement under 17 U.S.C. Section 501. AHEARN suffered, and will continue to suffer, substantial damage to his professional reputation and goodwill, as well as losses in an amount not yet ascertained, but which will be determined according to proof.

18. AHEARN does have an adequate remedy at law for MASSLER's wrongful conduct in that (i) AHEARN copyright is unique and valuable property which has no readily determinable market value; (ii) the infringement by MASLER constitutes and interference with AHEARN's goodwill and professional reputation; and MASLER's use of copyright infringement has caused AHEARN irreparable injury, and MASSLER's threatened to continue to commit these acts. AHEARN is entitled to injunctive relief pursuant to 17 U.S.C. Section 502 enjoining any use or exploitation by MASSLER's of the photographs attached as Composite Exhibit "B" and to an order under 17 U.S.C. Section 503 that any of the MASSLER's infringing photographs to be impounded and destroyed.

## AHEARN DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE

DATED: October 31, 2012

*Respectfully Submitted,*

SILVERBERG & WEISS, P.A.
*Attorneys for Plaintiff*
1290 Weston Road, Suite 218
Weston, Florida 33326
(954) 384-0998 tel.
(954) 384-5390 fax.

By:_____
   Kraig S. Weiss, 63193